MORRIS, APPELLANT, *v.* OHIO REAL ESTATE APPRAISER BOARD, APPELLEE.

[Cite as *Morris v. Ohio Real Estate Appraiser Bd.,* 114 Ohio St.3d 453, 2007-Ohio-4560.]

454

(No. 2007–0186—Submitted July 10, 2007—Decided September 19, 2007.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Hughes v. Ohio Dept. of Commerce*, 114 Ohio St.3d 47, 2007-Ohio-2877, 868 N.E.2d 246.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR, LANZINGER and CUPP, JJ., concur.

PFEIFER and O'DONNELL, JJ., dissent for the reasons stated in their respective separate opinions in *Hughes v. Ohio Dept. of Commerce*, 114 Ohio St.3d 47, 2007-Ohio-2877, 868 N.E.2d 246.

Montgomery, Rennie & Jonson and Ralph E. Burnham, for appellant.

Marc Dann, Attorney General, and Peter M. Thomas and Cheryl R. Hawkinson, Assistant Attorneys General, for appellee.